## 29276. HASP v. HOPPER.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur. Hill, J., disqualified.*

DECIDED JANUARY 7, 1975.

William X. Hasp, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 29446. JACKSON v. HOPPER.

The judgment of the trial court declining to issue a second writ of habeas corpus was correct.

*Judgment affirmed. All the Justices concur.*

DECIDED JANUARY 28, 1975.

Eugene Jackson, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 29348. JACKSON v. HOPPER.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur. Hill, J., disqualified.*

DECIDED JANUARY 28, 1975.

D. W. Jackson, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.